COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Leo J. "Trey" Flynn, III
Attorney at Law
2820 Jackson Street
Alexandria LA 71301

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on **November 7, 2018**.

**REHEARING ACTION: November 7, 2018**

**Docket Number: 18   00535-KW**

**STATE OF LOUISIANA
VERSUS
JOHNNY SCOTT WEST**

**Writ Application from Allen Parish Case No. 2016-F-2840**

<u>**BEFORE JUDGES**</u>:

> **Hon. John D. Saunders
> Hon. Marc T. Amy
> Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Johnny Scott West** is:

> **REHEARING DENIED.**  Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Herbert Todd Nesom, Counsel for  the Respondent
    Joe Green, Counsel for  the Respondent